MATTHEW D. COX, ESQ.
Nevada Bar #10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
matt.cox@andrewleavittlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ROMERO,<br><br>Defendant. | Case No. 2:24-mj-00496-BNW<br><br>**Stipulation to Continue Arraignment** |

IT IS HEREBY STIPULATED AND AGREED, by and between SKYLER PEARSON, Assistant United States Attorney, and JASON M. FRIERSON, United States Attorney, counsel for the United States of America, and MATTHEW D. COX, ESQ., counsel for Defendant Gabriel Romero, that the arraignment currently scheduled for Thursday July 25, 2024, in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons.

    1. The defendant is currently out of the country.

    2. Defendant Romero is not in custody and agrees to the continuance. The parties agree to the continuance.

    3. Further, the additional time requested herein is not sought for purposes of delay.

    4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

5. This is the first stipulation to continue filed herein.

DATED this 24th day of July, 2024.

| | |
|---|---|
| Law Offices of<br>Andrew M. Leavitt, Esq. | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Matthew D. Cox* | /s/ *Skyler Pearson* |
| **MATTHEW D. COX, ESQ.**<br>633 S. 7th Street<br>Las Vegas, NV 89101<br>Attorney for Defendant,<br>GABRIEL ROMERO | **SKYLAR PEARSON**<br>Assistant U.S. Attorney<br>333 Las Vegas Blvd. So., Ste. 5000<br>Las Vegas, NV 89101 |

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL ROMERO,

Defendant.

Case No. 2:24-mj-00496-BNW

ORDER

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. The Defendant is out of the country.

2. Defendant Romero is not in custody and agrees to the continuance. The parties agree to the continuance.

3. Further, the additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

5. This is the first request for a continuance filed herein.

## CONCLUSIONS OF LAW

Based on the aforementioned findings of fact, the court makes the following conclusions of law:

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1.  The additional time requested herein is not sought for purposes of delay as the Defendant is currently out of the country.

2.  The parties and the Defendant agree to the continuance.

3.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the arraignment currently scheduled for Thursday July 25, 2024, be vacated and continued to _September 19_, 2024 at the hour of _9:30_ am.

Dated: _____July 24_____, 2024.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES DISTRICT COURT JUDGE

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438