# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>) | Case No.: 2:24-mj-0496-BNW |
| vs. )<br>) | **ORDER TO CLOSE THE CASE** |
| GABRIEL ANTONIO ROMERO, )<br>)<br>  Defendant. )<br>) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Gabriel Antonio Romero has successfully completed the conditions of his sentencing.

## ORDER

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this ____18th____ day of February, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4